UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SEXUALITY AND GENDER ALLIANCE, an association,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction; et al.,<br><br>    Defendants - Appellees. | No. 25-5036<br><br>D.C. No. 1:23-cv-00315-DCN<br>District of Idaho, Boise<br><br>ORDER |

Plaintiff-Appellant's motion for temporary administrative relief pending resolution of its emergency motion for injunction pending appeal is **DENIED.** Defendants-Appellees are ordered to respond to Plaintiff-Appellant's emergency motion for an injunction pending appeal on or before August 21, 2025. Plaintiff-Appellant shall file any reply on or before August 28, 2025.

                                      FOR THE COURT:

                                      MOLLY C. DWYER
                                      CLERK OF COURT