UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SEXUALITY AND GENDER ALLIANCE, an association,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction; et al.,<br><br>Defendants - Appellees. | No. 25-5036<br><br>D.C. No.<br>1:23-cv-00315-DCN<br>District of Idaho,<br>Boise<br><br>ORDER |

Before: WARDLAW, CHRISTEN, and BENNETT, Circuit Judges.

Pursuant to the parties' stipulation (Dkt. No. 51), this appeal is dismissed. *See* Fed. R. App. P. 42(b)(1).

This order serves as the mandate of the court.